780

No. 42, Misc.   Owens *v.* Illinois. Certiorari denied.

No. 43, Misc.   Campbell   *v.*   Mississippi. Certiorari denied.   *L. Bryan Dabney* for petitioner.

No. 44, Misc.   Bertrand *v.* Illinois. Certiorari denied.

No. 45, Misc.   Hamby *v.* Ragen, Warden. Certiorari denied.

No. 46, Misc.   Fredericks *v.* Ragen, Warden. Certiorari denied.

No. 47, Misc.   Mills   *v.*   Ragen,   Warden. Certiorari denied.

No. 48, Misc.   Bistany *v.* New York State Parole Board. Certiorari denied.

No. 49, Misc.   Barmore *v.* New York. Certiorari denied.

No. 51, Misc.   Bledsoe *v.* United States. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 54, Misc.   Rios   *v.*   Ragen,   Warden. Certiorari denied.

No. 56, Misc.   Thompson *v.* Ragen, Warden. Certiorari denied.